UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHELE JAMES,

                               Plaintiff,                **21-CV-10795 (DLC) (VF)**

        -against-                     **ORDER RESCHEDULING**
                                                                     **SETTLEMENT CONFERENCE**

PERNOD RICARD USA, LLC,

                              Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter originally scheduled for October 17, 2022 is hereby adjourned and rescheduled for **November 7, 2022 at 2:00 p.m.** The conference will take place in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Figueredo's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **October 31, 2022.**

      SO ORDERED.

DATED:    New York, New York
               October 5, 2022

                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge