```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   21cv10795 (DLC)
MICHELE JAMES,                        :
                                      :         ORDER
                     Plaintiff,       :
         -v-                          :
                                      :
PERNOD RICARD USA, LLC,               :
                                      :
                     Defendant.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

As stated during the telephone conference held on November 16, 2022,

IT IS HEREBY ORDERED that a telephone conference shall be held in this case on November 17, 2022 at 5:00 p.m. The parties shall use the following dial-in information for the conference:

    Dial-in:         888-363-4749
    Access code:     4324948

The parties shall use a landline if one is available. If the parties agree on a date for the plaintiff's deposition, the conference will be cancelled.

Dated:   New York, New York
         November 16, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge