```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    21cv10795 (DLC)
MICHELE JAMES,                        :
                                      :         ORDER
                          Plaintiff,  :
                  -v-                 :
                                      :
PERNOD RICARD USA, LLC,               :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On January 20, 2023, the plaintiff submitted a letter requesting permission to file an audio file and a video file via flash drive mailed to the Court. These files are designated Exhibit A and Exhibit B to the Declaration of Michele James, filed on January 20 in connection with the plaintiff's opposition to the defendant's motion for summary judgment.

IT IS HEREBY ORDERED that the plaintiff shall deliver two copies of the video and audio files on CD-roms, DVD-roms, flash drives, or external hard drives to the Clerk's Office, Records Management, Room 370, 500 Pearl Street, New York, NY 10007. The hard copies shall be labeled with the case name and docket number of this action. Upon receipt of the hard copy files, the Clerk of Court shall retain the files as part of the record in this case and shall make an entry on ECF noting that hard copies of the files are retained by the Clerk's Office.

IT IS FURTHER ORDERED that the plaintiff shall submit one copy of each file to Chambers via email, copying opposing counsel, at cotenysdchambers@nysd.uscourts.gov.

Dated:   New York, New York
         January 26, 2023

                                                          _____
                                                            DENISE COTE
                                            United States District Judge