UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
MICHELE JAMES,                         :
                    Plaintiff,         :    21cv10795 (DLC)
                                       :
        -v-                            :    ORDER
                                       :
PERNOD RICARD USA, LLC,                :
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   On April 4, 2023, counsel for the defendant submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:    New York, New York
          April 4, 2023

                                          _____
                                              DENISE COTE
                                          United States District Judge