**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHELE JAMES

                       Plaintiff,          21 **CIVIL** 10795 (DLC)

    -against-                   **JUDGMENT**

PERNOD RICARD USA, LLC,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 13, 2023, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
        April 13, 2023

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                     **BY:**         _[signature]_

                                                        **Deputy Clerk**